FILED
HARRISBURG, PA
APR 26 2024
PER _____ [signature]
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Angela West-Bogans
Angela West

(Enter above the full name of plaintiff in this action)

CIVIL CASE NO: 1:24-cv-717
(to be supplied by Clerk of the District Court)

v.

DEFENDANTS:
COMMONWEALTH OF PA
1) JUDGE EDWARD GUIDO
2) JUDGE CLAUDIA BREWBAKER
3) JUDGE ALBERT MASLAND
4) SHERIFF JODY SMITH
5) DA SEAN MCCORMICK
6) DALE SABADISH, PROTHONOTARY
7) TAMMY SHEARER, REGISTER OF DEEDS
8) DENNIS LEBO, CLERK OF COURTS
9) JUDGE MICHELLE H. SIEBERT
10) DEBBIE LUPPOLD, EP TREASURER
11) JEAN FOSCHI, COUNTY COMMISSIONER
12) CHIEF SCOTT T. MILLER, EAST PENN
13) PAUL M FEGLEY, DISTRICT JUSTICE

COMPLAINT

1. The plaintiff Angela West-Bogans / Angela West a citizen of the County of Cumberland & Dauphin - Current; Philadelphia State of Pennsylvania, residing at
-1) 1245 S. Ringgold St, Phila, PA. 19146 - P.O. Box 3903, Phila, PA, 19146
2) 1200 Market Street, Unit 17, PMB #3606
-3) 4 Grant Street, Enola, PA. 17025 c/o Cathy Long
wishes to file a complaint under Title 42, 42 USC 1983,
(give Title No. etc.)
Constitutional Violations and Civil Rights Violations
"Kangaroo Court"

2. The defendant is Judge Guido, Judge A. Masland, Judge Brewbaker, Judge Siebert, Judge Dowling, Sheriff Jody Smith, DA Sean McCormick, Dale Sabadish & staff, Tammy Shearer, Dennis Lebo's Staff, Debbie Luppold, Jean Foschi, Chief Scott Miller, Paul Fegley - Cumberland County ;

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) _____

**#3 STATEMENT OF CLAIM:**

The foundational case in which Authorities began conspiring and fraudulently stacking criminal charges against Angela West-Bogans:

**MJ-09202-CR-0000045-2020** (Tracy Bogans-estranged ex-husband filed two fraudulent complaints, Misdemeanor in Cumberland County and a Protection from Abuse in Chester County, Pennsylvania) Case was *dismissed* on 1/16/2020 at District Justice Birbeck's office and PFA was not issued. Inactive PFA was faxed to the Cumberland County Sheriff's Office.  Sheriff Deputies came to West-Bogans residence gun drawn and handed West-Bogans the documentation.  Attorney Roy Galloway was instructed NOT to represent me any further.

**This original docket number were changed multiple times:**

**1) CP-21-CR-0000490-2021**

**2) MJ-09201-CR-0000393-2020**

**3) CR-393-2020**

Judge Edward Guido, (former) District Attorney "Skip" Ebert and Assistant District Attorney Nicole Vito refiled these minor fraudulent charges at the direction of President Judge Edward Guido.  Case was transferred to District Justice Fegley.  During my zoom hearing, *District Justice Fegley was overheard stating, "Judge Guido contacted me and directed me to handle "her" with a long handle spoon and a short broomstick!"* At that point I

become very concerned. I had never been in any trouble nor experienced anything of this nature.

At some point between the dismissal of the charges and the DA refiling the charges, Merle "Skip" Ebert and Nicole Vito upgraded the minor charges into "acts of terrorism" as noted on the false complaint. I would later discover they had used white out to alter the date and forged the Officer's name on the new complaint. (Please see attached)

The new charges were never read to West-Bogans. West-Bogans was never given the opportunity to plead guilty or not guilty.

Attorney Jenni Chavis then stole my retainer after claiming to represent me for ARD. This left West-Bogans further financially disenfranchised after years of economic abuse by Judge Guido, Tim Correll (Domestic Relations) and Tracy Bogans (Ex- Estranged Husband).

At that point the case was sent to the Commonwealth Court straight to Edward Guido.

I was assigned to Public Defender Bradon Toomey. I informed Attorney Toomey I was concerned about the DA enlarging the time on the case and changing the dates, the multiple docket numbers and the lies.

A friend referred me to a pro-bono Attorney named Earl Raynor. Early on I requested a Trial by jury with Public Defender Bradon Toomey. No Motion was ever filed requesting a Trial by Jury.

Judge Guido assigned Judge Brewbaker to the case. And then I was quickly falsely convicted of "unknown charges" set-up by Tracy Bogans and Judge Edward Guido.

2017- Strange things began occurring regarding my personal accounts and information; when I noticed SunTrust had been accessing my credit file.

2018- I decided to apply for my concealed carry permit issued through the Cumberland County Sheriff's Office

December, 2021- I signed up to take NRA Basic training course with the Carlisle Sportsman's Club. Upon registering for my NRA Training Class; I attempted to purchased my first firearm and was held-up and then denied at the Sportmans Warehouse. I was very confused. I would later discover, I was "Red Flagged" by the Government.

**1st Course (Basic) completed 1/21/22 and 2nd Course (Basic of Personal Protection Inside the Home) (February 18, 2022) (Certificates Received)**

**Teaching Certification:** I had been substitute teaching since 2007. My training was completed through the Capital Region Intermediate Unit. At the time of registration participates are required to submit their clearances and submit a copy of your transcript and degree. In 2020, PDE refused to reissue my teaching certification for unknown reasons. It was later discovered "someone" had contacted PDE Official Investigator Steven Turner

and instructed him to withhold my teaching Certificate in an effort to prevent me from teaching.

I was falsely convicted of the first unknown charges and that case was sealed but it was recently unsealed and the Appeal filed vanished.

This case went from sealed to unseal and place on my criminal record which I am certain now that happened prior to trial proceedings. I noticed n various cases went from *Active Status to Inactive Status;* unaware of what this meant I began to inquire about the meaning of such status'. West-Bogans was meant with disrespect, aggression and avoidance from 1) Superior Court of Pennsylvania 2) Cumberland County Clerk of Courts 3) Cumberland County Court Administrator 4) Judge Albert Masland.

**Case II:**

**CP-21-CR-0000526-2023 (Felony Gun and Trespass Charges filed by East Pennsboro Township)**

**December 1, 2022:** East Pennsboro Police fraudulently first filed Trespass charges against me and the next day filed felony firearms charges; relating to my former residence located at 550 Brentwater Rd. Camp Hill. I was confused since I had my concealed carry permit and my two firearms were safely stored in my car. I was then portrayed and slandered in the Community with lies. Police claimed Angela West-Bogans did not have a permit to carry her firearm(s) and further claimed I was evicted from my own residence (See attachment). In fact, East Pennsboro had taken my

firearm(s) and my concealed carry permit and then refused to return my firearms to me after leaving the District Justice Sanderson's Office. I asked the Officer for an inventory of items inside my vehicle. His response was "do you have an Attorney?" I answered, "no", his response was your not getting anything. Shortly, Police began claiming my license was revoked. And shortly after a letter from the Sheriff's Office materialized.

I had never been to Trial for the above charges but my criminal background checks revealed had been placed on my record as if I were convicted. This prohibited West-Bogans from working as a teacher or finding housing. I was displaced from both my residences within three months of each other thereby leaving me homeless. The property in Harrisburg was "stolen" by Tracy Bogans and sold violating numerous Divorce Orders. (See attached)

This criminal incident on December 1, 2022 was enlarged to March 1, 2023 by Judge Guido and Prosecutor Sean McCormick who directed ADA Julia Skinner. Instead they changed the date of this non-violent crime without cause and without filing anything to run the case beyond 365 days. Prosecutors, Judges and my Attorneys seemed to ignore my concerns.

I attempted to relocate to Philadelphia and discover Authorities had hijacked my efforts by interfering with employment and soliciting an individual to threaten my life and damage my mother's home. Cumberland County Authorities advised Philly police not to take action or assist me in

anyway. And further attempted to "frame" me for trespassing at my mother's residence. During one of my hearings Judge Guido went as far to accuse me of forging Attorney Earl Raynor's signature on one of my Motions. Trial Court Judge(s) and Clerk of Court Staff and Attorneys were using delay tactics to violate Rights.

Judge Edward Guido then reactivated Angela West-Bogans complaints against various individuals relating to the property located at 550 Brentwater, Camp Hill, PA, Docket#2022-01353. After perpetuating false trespassing charges against Angela West-Bogans.

I frequently check the status of my cases on the Unified Judicial system. More than once after fines were paid, new fines would randomly appear on the criminal case. These fines were accessed by the Sheriff's Office. After repeated inquires West-Bogans was switched to Payments & fines, Sheriff's Office, District Attorney's Office, Probation and Parole and Deputies within the Sheriff's Office. The various offices became disrespectful, dismissive and belligerent with me and the Sgt. Sheltzer in the Sheriff's Office felt compelled to recite the fraudulent criminal charges from the December 1, 2022 incident in an attempt to humiliate and shame me into backing down.

Over the last two weeks the following things have occurred within Cumberland County Trial Courts lead by Judge Edward Guido:

Judge Guido reactivated my Complaint for Damages docket#2022-01253 (See Document), then abruptly closed without due process and a Judgement was filed citing damages, the Prothonotary's Office refused to enter the Judgement, and intentionally entered in a Judgement amount of $0.  Then over the last few days numerous filings have been submitted by individuals listed relating to docked# 2010-07923.  Although my name is attached to these proceedings my internet access has been revoked and I cannot review ANY submissions.  And I have not received a single copy of these filings electronically or through US Mail.  I am scheduled to appear in Court on Tuesday, April 30th in front of Judge Masland regarding criminal trespass and felony charges relating to this now reactivated docket#2010-07923.

**#4**

**WHEREFORE**, Plaintiff prays that this U.S. District Court immediately take action and **1)** Issue the following **Emergency Order Disqualifying and prohibiting ALL Judicial Officials** within Cumberland and Dauphin County from taking ANY legal actions regarding Civil or Criminal proceedings past and present surrounding residential properties **2)** Refrain from conducting trials, hearings or issuing Orders, Memorandums and warrants (State, Local or Federal), etc. on past and present cases involving or associated with Angela West/Angela West-Bogans and/or Tracy C. Bogans, also refrain from any legal practices which could misconstrued as tampering/

altering/interfering with cases  **3)** Advising Authorities including Sheriffs Offices, Local and State Police and other Law Enforcement Agencies to stand-down **4)** Requesting immunity for Angela West/West-Bogans and immediate family members and friends from harassment, threats and intimidation. These individuals have first hand knowledge of matters; if necessary protective custody to ensure my safety.

I have been plagued with housing instability since my properties were forcibly seized in November, 2022; so unfortunately I have multiple addresses.

Date: 4/26/24

Angela West-Bogans/Angela West
1245 South Ringgold Street
P.O. Box 3903
Philadelphia, Pa 19146
Email:**abogans@aol.com**
Ph. 717-215-7325
2)Local address: 1200 Market Street
Unit #17, PMB#366
Lemoyne, Pa 17043

Attachments: 22

## **VERIFICATION**

I, ANGELA C.WEST & ANGELA WEST-BOGANS hereby verify that the information contained is true and correct to the best of my knowledge, information and belief. I also understand that false statements made herein are subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

Date: 4/26/24

_____
Angela West-Bogans

3. (CONTINUED) ✳ See attachment

4. WHEREFORE, plaintiff prays that ✳ See attachment

Angila West-Bogans / Angela West
(Signature of Plaintiff)